

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-06-452-CV

GRAHAM OAKS CARE CENTER, INC.,                     APPELLANTS
NEW GRAHAM OAKS CARE CENTER, INC.,
AND GRAHAM OAKS CARE CENTER

V.

ALLAGRA FARABEE AND EARLENE PRICE                  APPELLEES
AS NEXT FRIEND OF ALLAGRA FARABEE

----------

### FROM THE  90TH DISTRICT COURT OF YOUNG COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the "Joint Motion To Dismiss Interlocutory Appeal."

It is the court's opinion that the motion should be granted; therefore, we

dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for

which let execution issue.  *See* TEX. R. APP. P. 43.4.

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

----------

[1] 🖾 *See* TEX. R. APP. P. 47.4.

DELIVERED:  August 21, 2008